# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 20, 2018

### Via ECF Only

TO: US BANKRUPTCY COURT - CLERK

RE: Stanley Allen Watts, Jr. and Wendy S. Watts
Chapter 13, Bankruptcy Case No. 1:13-bk-05344 HWV

Dear Clerk:

Please be advised that the address for Stanley Allen Watts, Jr. and Wendy S. Watts has changed to the following:

480 Ridge Road
York Springs, PA 17372

The Debtors previous address was as follows:

55 Limerock Mill Road
Gardners, PA 17324

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad

cc: Charles J. DeHart, III (Trustee)
Via E-Service